NUMBER 13-04-317-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
CITY OF SAN JUAN, TEXAS,                                             Appellant,

v.

EDDIE STRICKLIN AND BONNIE STRICKLIN, 
INDIVIDUALLY AND D/B/A PALM CITY EAST 
MOBILE HOME PARK,                                                       Appellees.
____________________________________________________________________

On appeal from the 206th District Court
of Hidalgo County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, CITY OF SAN JUAN, TEXAS, perfected an appeal from an order
entered by the 206th District Court of Hidalgo County, Texas, in cause number C-949-03-D. After the record was filed, appellant filed a motion to dismiss the appeal. In the
motion, appellant states that on August 20, 2004, the trial court signed an order
withdrawing and setting aside the order from which this appeal was taken. Appellant
states that the trial court’s order of August 20, 2004 has now mooted this appeal. 
Appellant requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 31st day of August, 2004.